IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|   |   |
|---|---|
| NeoMedia Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Scanbuy, Inc., <br><br> Defendant. | Civil Action No.:  1:14-cv-01379-AT |

### DEFENDANT SCANBUY, INC.'S REPLY MEMORANDUM REGARDING ITS MOTION TO DISMISS (DOCKET ENTRY #8)

Defendant Scanbuy, Inc. ("Scanbuy") respectfully submits this reply memorandum in accordance with LR 7.1(C).

Plaintiff NeoMedia Technologies, Inc. ("NeoMedia") filed "Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss" on June 19, 2014. (*See* Docket Entry #18).  On that same date, NeoMedia filed an "Amended Complaint."  (*See* Docket Entry #17).  The filing of the Amended Complaint renders moot Scanbuy's Motion to Dismiss (Docket Entry #8).  *See Southern Pilot Ins. Co. v. CECS, Inc.*, Civil Action No. 1:11-CV-03863-AT, 2013 WL 8335718 *8 n.1 (N.D. Ga. Jan. 25, 2013) ("An amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint.")

1

(citing *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006); *Fritz v. Standard Sec. Life Ins. Co.*, 676 F.2d 1356, 1358 (11th Cir. 1982)).

In accordance with Fed. R. Civ. P. 15(a)(3), Scanbuy will file and serve a response to the Amended Complaint "within 14 days after service of the amended pleading."

Respectfully submitted,

Dated:  June 23, 2014              /s/ *Jeffrey D. Blake*
                                   Jeffrey D. Blake
                                   (Georgia Bar Number 253018)
                                   MERCHANT & GOULD P.C.
                                   191 Peachtree Street N.E. – Suite 4300
                                   Atlanta, GA  30303
                                   Tel.:  404.954.5100
                                   Fax:  404.954.5099
                                   Email:  jblake@merchantgould.com

                                   *Attorneys for Defendant Scanbuy, Inc.*

OF COUNSEL:
John M. Hintz
RIMON, P.C.
245 Park Avenue – 39th Floor
New York, NY  10167
Tel:  212.633.4913
Email:  john.hintz@rimonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2014, I caused a true and correct copy of the foregoing "Defendant Scanbuy, Inc.'s Reply Memorandum Regarding Its Motion To Dismiss (Docket Entry #8)" to be served on counsel of record for Plaintiff NeoMedia Technologies, Inc. by the Court's ECF system.

Dated:  June 23, 2014                    /s/ *Jeffrey D. Blake*                    
                                         Jeffrey D. Blake

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), the undersigned certifies that the foregoing "Defendant Scanbuy, Inc.'s Reply Memorandum Regarding Its Motion To Dismiss (Docket Entry #8)" was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(C).


Dated:  June 23, 2014                    /s/ *Jeffrey D. Blake*
                                         Jeffrey D. Blake